**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**BILL GROVES,**

    Plaintiff,

                              **CASE NO.    3:11-cv-105**

**-vs-**

                              **District Judge Timothy S. Black**

**COMMISSIONER OF**
**SOCIAL SECURITY,**

    Defendant.

---

### JUDGMENT IN A CIVIL CASE

---

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the ALJ's non-disability finding is **SUPPORTED BY SUBSTANTIAL EVIDENCE** and **AFFIRMED**, and that the case be **CLOSED**.

Date:  January 3, 2012                      **JAMES BONINI, CLERK**

                                                  By: s/ M. Rogers
                                                  Deputy Clerk